[pic]

 IN THE
 TENTH COURT OF APPEALS

 No. 10-02-133-CV

 LEWIS DANIELS,
 Appellant
 v.

 DR. H. GERTHON MORGAN
 AND DOROTHY MORGAN,
 Appellees

 From the 13th District Court
 Navarro County, Texas
 Trial Court # 99-00-08622-CV

 MEMORANDUM OPINION

 Lewis Daniels filed suit against Dr. H. Gerthon Morgan and his wife
Dorothy for personal injuries he sustained when he fell while moving a roll
of carpet padding from the Morgans= attic. The trial court granted a
summary judgment motion filed by the Morgans, and Daniels appealed.
 Daniels has now filed a motion to dismiss his appeal. He states, AThe
Appellant and Appellee have resolved all pending issues in this matter and
it is the request of the Appellant that the pending Appeal . . . be
Dismissed.@ Daniels prays that costs be paid by the party incurring same.
 Rule of Appellate Procedure 42.1(a)(2) provides:
 (a) The appellate court may dispose of an appeal as follows:
 (2) in accordance with a motion of appellant to dismiss the appeal or
 affirm the appealed judgment or order; but no other party may be
 prevented from seeking any relief to which it would otherwise be
 entitled.
Tex. R. App. P. 42.1(a)(2).
 The dismissal motion filed by Daniels complies with the requirements of
the appellate rules. The Morgans have not filed a response. Accordingly,
this cause is dismissed with costs to be taxed against the party incurring
same.

 PER CURIAM

Before Chief Justice Davis,
 Justice Vance, and
 Justice Gray
Appeal dismissed
Opinion delivered and filed May 15, 2002
Do not publish
[CV06]